

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Terrance Coburn v. HP Heights LLC., Robert Cromie, Sara Cromie, Jacob Rainey, and Lagrange LLC.

Appellate case number:    01-21-00649-CV

Trial court case number:    2020-27157

Trial court:    80th District Court of Harris County

      Appellant's motion for rehearing of our January 25, 2022 dismissal of this appeal for want of jurisdiction is **DENIED**.

Judge's signature: _____/s/ Sarah B. Landau_____
                                       Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Landau

Date: ____February 8, 2022____